UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------------x
GABRIEL CHESTNUT,

                      Plaintiff,            **Case No.: 17-CV-06477**

    -against-                             **(DLI)(JO)**

ROCHDALE VILLAGE, INC.            **RULE 7.1 STATEMENT**

                      Defendant.
---------------------------------------------------------------------------------x
S I R S:

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant (a private non-governmental party), certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: **NONE**.

Dated:  White Plains, New York
         November 29, 2017

                                                    Yours, etc.,
                                                    TRIVELLA & FORTE, LLP

                                                    s/ *Jonathan M. Bardavid*
                                                    _____
                                                    JONATHAN BARDAVID
                                                   *Attorneys for Defendant*
                                                   1311 Mamaroneck Avenue, Suite 170
                                                   White Plains, New York 10605
                                                   Tel. No.: (914) 949-9075

To:    Tiffany Ma
        Young & Ma LLP
        575 Lexington Avenue
        New York, NY 10022
        212-971-9773

        Walker G. Harman , Jr.
        The Harman Firm P.C.
        220 Fifth Avenue
        Suite 900
        New York, NY 10001
        212-425-2600
        *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2017, a copy of the **RULE 7.1 STATEMENT** was served to all parties by means of the Courts Electronic Case Filing (ECF) System in the matter of Gabriel Chestnut v. Rochdale Village, Inc., 17-CV-06477 (DLI)(JO).

/s/ *Jonathan M. Bardavid*
JONATHAN M. BARDAVID (JB 0072)