INITIAL CONFERENCE QUESTIONNAIRE

1. Deadline for all Rule 26(a)(1) disclosures (if later than the date of the initial conference, please explain why on a separate page): February 14, 2018

2. Deadline for first request for production of documents and first request for interrogatories: March 20, 2018

2(a). Additional interrogatories needed, if any, beyond the 25 permitted under the federal rules for: plaintiff(s)____; defendant(s) ____

3. Date for completion of any joinder or additional parties and amendment of the pleadings: February 28, 2018

3(a). Number of proposed additional parties to be joined, if any, by: plaintiff(s)____; defendant(s) ____

4. Number of depositions by plaintiff(s) of: parties 10; non-parties 10

5. Number of depositions by defendant(s) of: parties 10; non-parties 10

6. Date of status conference (joint status report due two business days in advance): After August 1, 2018

7. Date for completion of fact discovery: August 1, 2018

8. Are expert witnesses needed? Yes: __X__ No _____

8(a). Number of expert witnesses, if any, of plaintiff(s) medical TBA; non-medical TBA

8(b). Date of completion of those expert reports: September 3, 2018

8(c). Number of expert witnesses, if any, of defendant(s): medical TBA; non-medical TBA

8(d). Date of completion of those expert reports: October 3, 2018

9. Date of completion of expert discovery: October 3, 2018

10. Date of pretrial conference (brief *ex parte* statements of settlement position due via email two business days in advance): November 5, 2018

11. Types of contemplated disposition motions by plaintiff(s) and dates for filing of those motions: TBA

12. Types of contemplated dispositive motions by defendant(s) and dates for filing of those motions:  TBA

13. Have counsel reached any agreements regarding electronic discovery? (If so, please describe at the initial conference.)  Yes:___  No __X__

14. Have counsel reached any agreements for disclosure of experts' work papers (including drafts) and communications with experts? (If so, please describe on a separate page.)  Yes:___  No __X__

15. Will the parties unanimously consent to trial before a magistrate judge pursuant to 28 U.S.C. §636(c)? (If any party declines to consent, answer no but do not indicate which party declined.)  Yes:_X__  No _____